UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-00776-JLS-KES                                                   Date: August 15, 2022
Title:  Nathan Christensen v. Carter's Retail, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                            Not Present

**PROCEEDINGS:**   (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE STAYED PENDING THE CALIFORNIA SUPREME COURT'S DECISION IN ESTRADA V. ROYALTY CARPET MILLS, 511 P.3d 191 (CAL. 2022)

     On June 30, 2022, the Ninth Circuit held in *Hamilton v. Wal-Mart Stores, Inc.*, 39 F.4th 575 (9th Cir. 2022) that it would be "inappropriate to allow federal courts to treat a freestanding manageability requirement as a dispositive consideration in PAGA cases" relying, in part, on the California Court of Appeal's decision in *Estrada v. Royalty Carpet Mills, Inc.*, 76 Cal. App. 5th 685 (2022).  In *Estrada*, the California Court of Appeal held that courts do not "have inherent authority to strike unmanageable PAGA claims," a holding opposite of that reached in *Wesson v. Staples the Office Superstore, LLC*, 68 Cal. App. 5th 746 (2021).  *Estrada v. Royalty Carpet Mills, Inc.*, 76 Cal. App. 5th 685, 697 (2022).

     Just before the Ninth Circuit's decision in *Hamilton*, the California Supreme Court granted the defendant's petition for review in *Estrada*.  511 P.3d 191 (Cal. 2022). Moreover, there is a pending Petition for Rehearing or Rehearing En Banc in *Hamilton*. *See Hamilton v. Wal-Mart Stores, Inc.*, Case No. 19-56161, Doc. 85.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-00776-JLS-KES                                                               Date: August 15, 2022
Title:  Nathan Christensen v. Carter's Retail, Inc. et al

Accordingly, the parties are ordered to show cause, in writing, why this matter should not be stayed pending the California Supreme Court's decision in *Estrada*.  The parties are directed to file their responses within five days of this Order's issuance.

Initials of Deputy Clerk: vrv