UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 8:20-cv-00776-HDV-KES | Date: June 26, 2025 |
| Title | Nathan Christensen v. Carter's Retail, Inc. et al | |

Present: The Honorable:  HERNAN D. VERA, United States District Judge

| Maria Lindaya | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel Richardson | Leo Li |

**Proceedings:** **PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [100]**

Case is called, and counsel make their appearance. Having heard oral argument on the motion, the Court takes the motion **under submission**.

:07

**Initials of Preparer**   mal