TIMOTHY B. DEL CASTILLO (SBN: 277296)
tdc@castleemploymentlaw.com
LISA L. BRADNER (SBN: 197952)
lb@castleemploymentlaw.com
**CASTLE LAW: CALIFORNIA EMPLOYMENT COUNSEL, PC**
2999 Douglas Blvd, Suite 180
Roseville, CA 95661
Telephone: (916) 245-0122

**RICHARDSON EMPLOYMENT LAW, P.C.**
DANIEL E. RICHARDSON (SBN 289327)
dr@richardsonemploymentlaw.com
2281 Lava Ridge Ct., Suite 200
Roseville, CA 95661
Telephone: (916) 333-7959 | Fax: (916) 333-7916

Attorneys for Plaintiffs
NATHAN CHRISTENSEN AND ISABELLA FULLI
*Additional Counsel on Following Page.*

link 100

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN CHRISTENSEN, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARTER'S RETAIL, INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. 8:20−cv−00776−HDV−KES<br><br>*Assigned to the Honorable Hernán D. Vera*<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: June 26, 2025<br>Time: 10:00 a.m.<br>Location: First Street U.S. Courthouse, 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, CA 90012<br><br>[Orange County Superior Court Case No.30-2020-01138792-CU-OE-CXC]<br><br>Complaint Filed: March 16, 2020<br>Trial Date: Vacated |

1

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Victoria B. Rivapalacio (SBN 275115)
Charlotte E. James (SBN 308441)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs
NATHAN CHRISTENSEN AND ISABELLA FULLI

[~~PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

WHEREAS, the Court has before it the unopposed motion by Plaintiff Nathan Christensen ("Plaintiff") for preliminary approval of a proposed class action settlement (the "Motion") with Defendant Carter's Retail, Inc. ("Defendant");

WHEREAS, the Court has read and considered the Motion for Preliminary Approval of Class Action Settlement and supporting declarations of Timothy Del Castillo, Nathan Christensen, and Isabella Fulli;

**IT IS HEREBY ORDERED:**

1. All terms used herein shall have the same meaning as defined in the Class and Representative Action Settlement Agreement and Release ("Settlement Agreement") attached as Exhibit 1 to the Declaration of Timothy Del Castillo in support of this Motion.

2. The Court grants Plaintiff leave to file a First Amended Complaint, in the form attached as Exhibit A to the Motion, joining Isabella Fulli as a plaintiff and adding an additional claim for failure to timely pay final wages.

3. The Court grants preliminary approval of the settlement terms set forth in the Settlement Agreement. The Settlement falls within the range of possible approval as fair, adequate and reasonable, and appears to be the product of arm's-length and informed negotiations.

4. Pursuant to the Settlement Agreement, the Class is conditionally certified for settlement purposes only and is defined as "all current and former hourly-paid or non-exempt employees who worked for Defendant within the State of California during the Class Period." The Class Period is the time period from March 26, 2020 through the date of this Order. For the reasons set forth in the motion, the Court finds for settlement purposes only that this Class satisfies the requirements of Fed. R. Civ. Proc. 23.

5. A Final Approval Hearing on the question of whether the proposed Settlement, attorney's fees and costs to Class Counsel, and the Enhancement Awards should be finally approved as fair, reasonable, and adequate as to the Class Members

is scheduled in Courtroom 5B at the date and time set forth in the implementation schedule set forth in Paragraph 13 below.

6. This Court approves, as to form and content, the *Notice of Class Action Settlement* ("Class Notice") to be distributed to the Class Members pursuant in substantially the same form as is attached as Exhibit A to the Settlement Agreement. The Court approves the procedure for Class Members to participate in, to opt out of, and to object to the settlement as set forth in the Settlement Agreement.

7. The Court directs the mailing of the Class Notice by first class mail to the Class Members in accordance with the implementation schedule set forth below. The Court finds the dates selected for the mailing and distribution of the Class Notice, as set forth in the implementation schedule, meet the requirements of due process and constitute the best notice practicable under the circumstances and due and sufficient notice to all persons entitled thereto.

8. The Court preliminarily appoints Plaintiff Nathan Christensen and Isabella Fulli as class representatives for the purposes of settlement.

9. The Court preliminarily approves Timothy Del Castillo and Lisa Bradner of Castle Law: California Employment Counsel, P.C.; Daniel Richardson of Richardson Employment Law, P.C.; and Norman Blumenthal, Kyle Nordrehaug, Aparajit Bhowmik, Victoria Rivapalacio, and Charlotte James of Blumenthal Nordrehaug Bhowmik De Blouw LLP, as Class Counsel for the purposes of settlement.

10. The court appoints Simpluris, Inc. as the Settlement Administrator.

11. To facilitate administration of the Settlement pending final approval, the court hereby enjoins Plaintiff and all members of the Class from filing or prosecuting any claims, suits, or administrative proceedings (including filing claims with the Division of Labor Standards Enforcement of the California Department of Industrial Relations) regarding claims released by the Settlement, unless and until such Class Members have filed valid requests for exclusion with the Settlement Administrator and the time for filing claims with the Settlement Administrator has elapsed.

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

12. The Court orders the following Implementation Schedule for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Defendant to comply with notice provisions of the Class Action Fairness Act 28 U.S.C. § 1715. | [Within ten (10) days after filing of the Motion for Preliminary Approval.] |
| b. | Deadline for Defendant to Submit Class List and PAGA List to the Settlement Administrator | [Within thirty (30) calendar days of this Order.] |
| c. | Deadline for Settlement Administrator to Mail Notice Packets to all Class Members | [Within fifteen (15) calendar days of receipt of the Class List and PAGA List by the Settlement Administrator.] |
| d. | Deadline for Class Members to Postmark Share Forms with Challenges | [Within forty-five (45) calendar days after mailing of the Class Notice.] |
| e. | Deadline for Class Members to Postmark Requests for Exclusion | [Within forty-five (45) calendar days after mailing of the Class Notice.] |
| f. | Deadline for Class Members to Submit Any Objections to Settlement | [Within forty-five (45) calendar days after mailing of the Class Notice.] |
| g. | Deadline for Settlement Administrator to Provide Class Counsel with Declaration of Due Diligence | [Within seventy-five (75) calendar days after mailing of the Class Notice.] |
| h. | Deadline for Settlement Administrator to Provide Class Counsel with Supplemental Declaration of Due Diligence | [At least ten (10) calendar days prior to the Final Approval Hearing.] |
| i. | **Hearing on Final Approval/Attorney's Fees and Costs** | [to be scheduled by the parties through stipulation] |

[~~PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

| j. | Deadline for Defendant to Fund the Settlement Amount by Depositing It with the Settlement Administrator | [Within thirty (30) calendar days after (i) the Court has granted final approval of the Settlement and entered judgment thereof; and (ii) the Court's judgment approving the Settlement becomes Final.] |
|---|---|---|
| k. | Deadline for Settlement Administrator to Distribute the Net Settlement Amount to Class Members, Enhancement Awards, PAGA Payment, and Counsel Fees and Costs to Class Counsel | [Within twenty (20) calendar days after Defendant funds the Gross Settlement Amount.] |

13. If any of the dates in this Implementation Schedule fall on a weekend, bank or court holiday, the time to act shall be extended to the next business day.

14. The Court reserves the right to continue the date of the final approval hearing without further notice to Class Members. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

**IT IS SO ORDERED.**

DATED: 7/2/25

_____
HONORABLE HERNÁN D. VERA
U.S. DISTRICT JUDGE

6

[~~PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT